

07 CV 1329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DOOYANG LIMITED,                     :
                                     :
                    Plaintiff,       :    ECF
                                     :    **RULE 7.1 STATEMENT**
        -against-                    :
                                     :
NORWEGIAN BULK TRANSPORT AS,         :
                                     :
                    Defendant.       :
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, DOOYANG LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          February 22, 2007

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              DOOYANG LIMITED

                        By:   _____
                              Tulio R. Prieto (TP8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464
                              Fax: (212) 797-1212