UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
DOOYANG LIMITED,

               Plaintiff,

    -against-

NORWEGIAN BULK TRANSPORT AS,

               Defendant.
-----------------------------------x

ECF
ORDER APPOINTING
PERSON TO SERVE
PROCESS

07 Civ. 1329 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/07

      Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

      Upon reading the Affidavit of Tulio R. Prieto, sworn to February 22, 2007, and good cause having been shown,

      IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        February 22, 2007

                                          Victor Marrero
                                 United State District Judge

Returned to chambers for scanning on _____.
Scanned by chambers on _____.