# CARDILLO & CORBETT

ROBERT V CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR
(1913-1980)

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

July 23, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-24-07
```

BY FAX

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: Case No. 07 Civ. 1329 (VM)
> Dooyang Limited v.
> Norwegian Bulk Transport AS
> Our File No.: E-501

Honorable Sir:

We are the attorneys for the plaintiff in the captioned action. We refer to the Court's Order dated July 17, 2007, directing that we report on the status of this case.

The complaint in this matter asserts a maritime claim for breach of charter party. In its complaint, the plaintiff sought and the Court granted an Order of Maritime Attachment dated February 22, 2007. Pursuant to that Order, the plaintiff has made continuous service of Process of Maritime Attachment. Thus far, the plaintiff has attached funds belonging to defendants in the amount of $58,913.29. Funds were last restrained on Thursday, July 19, 2007, in the amount of $2,380.70. The plaintiff's claim is in the amount of $344,198.46.

We have notified the defendant each time an attachment of its funds has occurred. We served the complaint on defendant pursuant to Supplemental Rule B(1) on May 18, 2007. The defendant has failed to enter an appearance.

The plaintiff has commenced arbitration in London, and we understand that the defendant has appeared in and is defending

Honorable Victor Marrero     -2-     July 23, 2007
United States District Judge

defending those proceedings. If an award is obtained in London, plaintiff expects to petition the Court to confirm the award and enforce the judgment against the funds attached in these proceedings.

    In view of the circumstances, we respectfully request that the Court maintain this matter in its active calendar, permit us to continue serving the Process of Maritime Attachment, and permit plaintiff to move to confirm the arbitration award that plaintiff may obtain against defendant in London.

    Respectfully yours,

    CARDILLO & CORBETT

TRP/jas      By: _Tulio R. Prieto_
    Tulio R. Prieto

---

> The Court acknowledges receipt of plaintiff's response to the Court's Order dated 7-17-07 requesting a status report on this action. The Clerk of Court is directed to place this case on the Court's Suspense Docket pending the related arbitration proceeding. Plaintiff may nonetheless continue to attach funds pursuant to the Order dated
>
> **SO ORDERED:** 2-22-07 and may seek confirmation in this action of any award obtained in the arbitration proceedings.
>
> DATE 7-23-07    VICTOR MARRERO, U.S.D.J.