```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
DOOYANG LIMITED,                          :
                                          :    07 Civ. 1329 (VM)
                    Plaintiff,            :
                                          :
     - against -                          :        ORDER
                                          :
NORWEGIAN BULK TRANSPORT AS,              :
                                          :
                    Defendant.            :
---------------------------------------- X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since July 23, 2007. At that time the Court placed this action on its Suspense Calendar pending an arbitration proceeding in London. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by February 27, 2008 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         22 February 2008

                                     VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-08